THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v*. EDGAR WILLIAMS, Defendant-Appellant.

(No. 55859; 

First District—July 5, 1972.

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

Gerald W. Getty, Public Defender, of Chicago, (Mary Cahill and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and William P. Prendergast, Assistant State's Attorneys, of counsel,) for the People.